No. 353.  EDWARD THOMPSON COMPANY, APPELLANT, *v.* AMERICAN LAW BOOK COMPANY.  Appeal from the United States Circuit Court of Appeals for the Second Circuit. March 18, 1910.  Dismissed with costs, on motion of counsel for appellant.  *Mr. Walter Large* for the appellant.  *Mr. William B. Hale* for the appellee.

---

No. 844.  IN RE CHARLES A. THATCHER, PLAINTIFF IN ERROR.  In error to the Supreme Court of the State of Ohio. March 21, 1910.  Docketed and dismissed on motion of *Mr. O. E. Harrison* in that behalf.  No one opposing.